

H. PETER EVANS
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 01253

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Cayetano Cavazos**

    **Plaintiff,**

vs.                                                             Civil No. 07-cv-1894-ST

**Commissioner of Social Security**

    **Defendant.**                          **ORDER GRANTING AWARD**
                                                  **OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $6.69, costs in the amount of $9.20, and attorney's fees in the amount of $3575.63, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 5th day of February, 2009.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**